

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HOWARD U. SHIELDS, III, | § | No. 08-23-00078-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| G. WHITFIELD, SR. WARDEN TEXAS STATE PRISON R. MAREZ, ASST. WARDEN TEXAS STATE PRISON G. SANMIGUEL, CORRECTIONS/SAFETY OFFICER INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, | § | of Pecos County, Texas |
| | § | (TC# P-12492-112-CV) |
| Appellees. | | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.

On June 26, 2023, the Clerk of the Court notified Appellant that it recognized Appellant's indigency status, that his brief was past due, and that no motion for extension of time to file a brief had been filed. The letter informed Appellant of the Court's intent to dismiss the appeal for want of prosecution without further notice unless Appellant filed a brief by July 26, 2023. *See* TEX. R. APP. P. 38.8.

To date, Appellant has not responded to the Court's letter or filed an appellant's brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).


LISA J. SOTO, Justice

July 31, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.